**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO ANDRES-FRANCISCO, | No. 10-55620 |
| Petitioner - Appellant, | D.C. Nos. 2:10-cv-00070-GHK |
| | 2:08-cr-00295-GHK |
| v. | |
| UNITED STATES OF AMERICA, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
George H. King, Chief Judge, Presiding

Submitted July 24, 2013[**]

Before:    ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Federal prisoner Francisco Andres-Francisco appeals from the district
court's order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct
his sentence. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

Andres-Francisco contends counsel's failure to file a notice of appeal constituted constitutionally deficient performance. We review a district court's denial of a section 2255 motion de novo. *See United States v. Manzo*, 675 F.3d 1204, 1209 (9th Cir. 2012). The district court properly denied the motion because Andres-Francisco has not shown that there is a reasonable probability that he would have appealed had his trial attorney consulted with him explicitly about the merits of appealing his criminal history calculation. *See Roe v. Flores-Ortega*, 528 U.S. 470, 484-86 (2000).

**AFFIRMED.**